**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **SEBASTIAN GONZALEZ-VALENCIA,**<br><br>　　　　*Petitioner*,<br><br>**v.**<br><br>**MARKWAYNE MULLIN,**<br>*in his official capacity as* Secretary of the<br>Department of Homeland Security;<br>**TODD BLANCHE,**<br>*in his official capacity as* Acting Attorney<br>General of the United States;<br>**DAVID J. VENTURELLA,**<br>*in his official capacity as* Senior Official<br>Performing the Duties of the Director of U.S.<br>Immigration and Customs Enforcement;<br>**MARY DE ANDA-YBARRA,**<br>*in her official capacity as* Field Office<br>Director, El Paso Field Office of<br>Immigration and Customs Enforcement,<br>Enforcement and Removal Operations; *and*<br>**JOHN DOE,**<br>*in his official capacity as* Warden of the ERO<br>El Paso Camp, East Montana Facility,<br><br>　　　　*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>　　　**EP-26-CV-00877-DCG** |

## FINAL JUDGMENT

On July 13, 2026, the Court granted Petitioner Sebastian Gonzalez-Valencia's Petition

for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions:

    (1)    by July 20, 2026, release Petitioner from custody under appropriate and
                lawful conditions of supervision; *and*

(2)    by July 27, 2026, notify the Court that Petitioner was released from custody.[1]

Respondents timely confirmed that Petitioner was released from custody.[2]

Petitioner has obtained the habeas relief to which he is entitled, so there appears to be nothing further for the Court to do in this case. The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[3]

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

The Court **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 5th day of August 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] *See* Order Granting Pet., ECF No. 6, at 5–6.

[2] *See* Resp'ts' Advisory, ECF No. 7.

[3] FED. R. CIV. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document . . . .").

*See* RULES GOVERNING SECTION 2254 CASES ("Habeas Rules"), Rule 1(a) ("These rules govern a petition for a writ of habeas corpus filed in a United States district court under 28 U.S.C. § 2254").

*See also* Habeas Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)"); Habeas Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.").